JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| RICKY THOMAS, | ) Case No. CV 13-4200-JFW (SP) |
|---|---|
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| UNITED STATES PAROLE COMMISSION, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: March 13, 2014

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE